UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINIOS

In re: LARRICO D. JAMISON                    §          Case No. 09-71856
       TENISHA T. JAMISON                    §
                                             §
            Debtors                          §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1) The case was filed on 05/05/2009.

2) The plan was confirmed on 07/17/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/02/2009.

5) The case was converted on 11/05/2009.

6) Number of months from filing or conversion to last payment: 1.

7) Number of months case was pending: 6.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $2,800.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have NOT cleared the bank.

## Receipts:

|  |  |  |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 370.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 370.00 |

## Expenses of Administration:

|  |  |  |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 0.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 18.43 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 18.43 |
| Attorney fees paid and disclosed by debtor: | $ 0.00 | |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BALSLEY & DAHLBERG LLP | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| ELITE MOTORS | Sec | 8,000.00 | 8,228.00 | 8,228.00 | 315.75 | 0.00 |
| ELITE MOTORS | Uns | 228.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| HOME CHOICE | Sec | 1,000.00 | 1,000.00 | 1,000.00 | 35.82 | 0.00 |
| HOME CHOICE | Uns | 853.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CMK INVESTMENTS | Uns | 607.28 | 654.32 | 654.32 | 0.00 | 0.00 |
| ALLIED BUSINESS ACCOUNTS, INC. | Uns | 10,396.00 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE | Uns | 168.00 | NA | NA | 0.00 | 0.00 |
| AMCORE BANK, NA | Uns | 745.00 | NA | NA | 0.00 | 0.00 |
| AMERILOAN | Uns | 325.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 611.76 | 659.31 | 659.31 | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Uns | 22,806.86 | NA | NA | 0.00 | 0.00 |
| AT&T WIRELESS | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| NCO PORTFOLIO MANAGEMENT | Uns | 168.00 | 332.22 | 332.22 | 0.00 | 0.00 |
| BUDGET CAR SALES | Uns | 2,825.00 | NA | NA | 0.00 | 0.00 |
| C.B. ACCOUNTS INC | Uns | 363.00 | 367.00 | 367.00 | 0.00 | 0.00 |
| CARDMEMBER SERVICE / CHASE | Uns | 1,336.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY INVESTMENTS | Uns | 157.00 | NA | NA | 0.00 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CERTEGY CHECK SERVICES, INC | Uns | 36.00 | NA | NA | 0.00 | 0.00 |
| CHECK IT | Uns | 299.00 | 479.14 | 479.14 | 0.00 | 0.00 |
| CINGULAR WIRELESS | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| CLEARCHECK PAYMENT | Uns | 47.50 | NA | NA | 0.00 | 0.00 |
| COMED CO | Uns | 2,247.46 | 2,600.16 | 2,600.16 | 0.00 | 0.00 |
| CREDIT ACCEPTANCE | Uns | 9,069.00 | 9,069.32 | 9,069.32 | 0.00 | 0.00 |
| CREDIT PROTECTION | Uns | 833.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Uns | 895.00 | NA | NA | 0.00 | 0.00 |
| CUSTOMER SERVICE CENTER | Uns | 27.56 | NA | NA | 0.00 | 0.00 |
| EXPRESS LOAN COMPANY | Uns | 375.50 | NA | NA | 0.00 | 0.00 |
| FAMILY DOLLAR | Uns | 39.00 | NA | NA | 0.00 | 0.00 |
| FAMILY FUN | Uns | 10.00 | NA | NA | 0.00 | 0.00 |
| GARDEN STATE READERS SERVICE | Uns | 19.80 | NA | NA | 0.00 | 0.00 |
| GENESIS FINANCIAL SERVICES | Uns | 1,451.20 | 793.03 | 793.03 | 0.00 | 0.00 |
| GRANT PARK AUTO SALES | Uns | 4,500.00 | NA | NA | 0.00 | 0.00 |
| HARVARD COLLECTION SERVICES, | Uns | 1,917.00 | NA | NA | 0.00 | 0.00 |
| LASALLE BANK | Uns | 268.01 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Uns | 197.00 | NA | NA | 0.00 | 0.00 |
| M.C.C. | Uns | 218.53 | 218.53 | 0.00 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 1,440.00 | 795.21 | 795.21 | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 10,611.00 | 3,992.09 | 3,992.09 | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Uns | 2,442.45 | NA | NA | 0.00 | 0.00 |
| NCO-MEDCLEAR INS | Uns | 2,495.27 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Uns | 6,113.96 | 935.61 | 935.61 | 0.00 | 0.00 |
| B-REAL LLC | Uns | 307.21 | 204.00 | 204.00 | 0.00 | 0.00 |
| OXMOOR HOUSE | Uns | 38.87 | NA | NA | 0.00 | 0.00 |
| PLAINS COMMERCE BANK | Uns | 492.53 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 665.00 | 373.32 | 373.32 | 0.00 | 0.00 |
| R&B RECEIVABLES MANAGEMENT | Uns | 1,186.00 | NA | NA | 0.00 | 0.00 |
| RGS FINANCIAL, INC. | Uns | 212.26 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, | Uns | 254.00 | 254.33 | 254.33 | 0.00 | 0.00 |
| ROCKFORD REGISTER STAR | Uns | 17.05 | NA | NA | 0.00 | 0.00 |
| T-MOBILE BANKRUPTCY & | Uns | 320.05 | NA | NA | 0.00 | 0.00 |
| UNIQUE NATIONAL COLLECTION | Uns | 44.00 | NA | NA | 0.00 | 0.00 |
| VAUGHNS T.V. & APPLIANCE | Uns | 588.29 | NA | NA | 0.00 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WILDWOOD WATER SERVICE CO. | Uns | 17.34 | NA | NA | 0.00 | 0.00 |
| WINNEBAGO COUNTY CHECK | Uns | 494.67 | NA | NA | 0.00 | 0.00 |
| EDUCATION LOAN SERVICING | Uns | 13,060.00 | 13,238.02 | 13,238.02 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 0.00 | 292.33 | 292.33 | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 0.00 | 9,573.13 | 9,573.13 | 0.00 | 0.00 |
| B-REAL LLC | Uns | 0.00 | 218.00 | 218.00 | 0.00 | 0.00 |
| B-REAL LLC | Uns | 0.00 | 175.00 | 175.00 | 0.00 | 0.00 |
| B-REAL LLC | Uns | 0.00 | 423.00 | 423.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 0.00 | 196.63 | 196.63 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 0.00 | 666.70 | 666.70 | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Uns | 0.00 | 350.49 | 350.49 | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Uns | 0.00 | 739.02 | 739.02 | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 0.00 | 276.30 | 276.30 | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 8,228.00 | $ 315.75 | $ 0.00 |
| All Other Secured | $ 1,000.00 | $ 35.82 | $ 0.00 |
| **TOTAL SECURED:** | $ 9,228.00 | $ 351.57 | $ 0.00 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | $ 47,657.68 | $ 0.00 | $ 0.00 |

## Disbursements:

| | |
|---|---|
| Expenses of Administration | $ 18.43 |
| Disbursements to Creditors | $ 351.57 |
| | |
| **TOTAL DISBURSEMENTS:** | $ 370.00 |

UST Form 101-13-FR-S (9/1/2009)

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed.  The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date:  11/16/2009            By:  /s/ Lydia S. Meyer
                                        Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)